```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
YASMIN CAMPBELL, *on behalf of himself and all others similarly situated*,  :
:
                                 Plaintiff,  :     1:25-cv-4782-GHW
:
               -against-  :     ORDER
:
ZZ DAY SPA, INC,  :
:
                             Defendant.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       Plaintiff's request to adjourn the initial pretrial conference, Dkt. No. 7, is granted. The initial pretrial conference scheduled for October 21, 2025 is adjourned to November 26, 2025 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's June 10, 2025 order are due no later than November 19, 2025.

       The initial pretrial conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

       Plaintiff is directed to serve this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

       SO ORDERED.

Dated: October 13, 2025

                                                       GREGORY H. WOODS
                                                       United States District Judge