

November 20, 2025

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2025
```

**MEMORANDUM ENDORSED**

RE: **CAMPBELL v. ZZ DAY SPA, INC.**
**DOCKET NO. 1:25-cv-4782**

Dear Judge Woods:

    The undersigned represents Yasmin Campbell, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for November 26, 2025 (Doc. 8). This is plaintiff's second request for an adjournment of the initial conference.

    The Defendant still has not appeared on the docket through counsel. However, earlier this week I spoke with an employee at the business who said that someone would be reaching out regarding this case. Based on that conversation, I do not expect the parties will be in a position to proceed with the conference as scheduled.

    Accordingly, Plaintiff requests a further 30-day adjournment to allow the defendant an opportunity to appear in light of the recent communication. If the defendant continues to remain absent, plaintiff intends to move for default judgment.

Respectfully,
/s/ Gabriel A. Levy

Application granted. The initial pretrial conference scheduled for November 26, 2025 is adjourned to January 14, 2026 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's June 10, 2025 order are due no later than January 7, 2026. Plaintiff is directed to serve this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.

Dated: November 21, 2025
New York, New York

GREGORY H. WOODS
United States District Judge