

## LAW OFFICE OF
# GLPC | GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030  ✉ Glevy@glpcfirm.com  📞 (347) 941-4715

January 7, 2026

Hon. Judge Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2026
```

## MEMORANDUM ENDORSED

RE:    **CAMPBELL v. ZZ DAY SPA, INC.**
       **DOCKET NO. 1:25-cv-4782**

Dear Judge Woods:

The undersigned represents Yasmin Campbell, the plaintiff in the above-mentioned matter. I write to respectfully request a 30-day adjournment of the initial conference currently scheduled for January 14, 2026 (Doc. 10).

The request is based on previously scheduled out-of-state travel from January 15th through January 22nd. Although I am scheduled to travel beginning the following day, I require that day to prepare for the trip. In addition, while the parties have had initial discussions regarding the complaint, alleged issues, and potential settlement, we have not yet met and conferred to prepare the pre-conference submissions. The Defendant has consented to the request.

I thank the Court for its attention and consideration on this matter.

Application granted.  Plaintiff's request to adjourn the initial pretrial conference is granted.  The initial pretrial conference scheduled for January 14, 2026 is adjourned to February 19, 2026 at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 6, 2025 order are due no later than February 12, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

Respectfully,
/s/ Gabriel A. Levy

SO ORDERED.

Dated:  January 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge