USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

YASMIN CAMPBELL,

Plaintiff,

-against-

ZZ DAY SPA, INC.,

Defendant.

------------------------------------------------------------X

1:25-cv-4782-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated February 19, 2026, Dkt. No. 19, the parties were directed to submit a joint status letter to the Court no later than October 14, 2026. The Court has not received the joint status letter. The parties are directed to comply with the Court's February 19, 2026 order forthwith and in any event no later than October 19, 2026.

SO ORDERED.

Dated: October 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge