USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YASMIN CAMPBELL, Plaintiff, | : | 1:25-cv-4782-GHW |
| -v- | : | ORDER |
| ZZ DAY SPA, INC., Defendant. | : | |

GREGORY H. WOODS, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) to dismiss her claims against Defendant. Dkt. No. 21. Because Defendant has answered the complaint, Dkt. No. 13, Rule 41(a)(1)(A)(i) does not apply. Plaintiff may dismiss her claims against Defendant only by filing a stipulation of dismissal signed by both parties under Rule 41 (a)(1)(A)(ii) or by moving for dismissal under Rule 41(a)(2).

SO ORDERED.

Dated: October 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge